William T. McGHEE, Plaintiff–Appellant,

v.

NORTH CAROLINA PRISONER LE-GAL SERVICES, INCORPORATED; Ernest Fullwood; Perry Martin; Jerry Spivey; Nora Hargrove; Frank Desilua; Jack Poisson; James Llewelyn, Defendants–Appellees.

No. 01–7633.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 8, 2002.

William T. McGhee, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

William T. McGhee, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *McGhee v. North Carolina Prisoner Legal Servs., Inc.,* No. CA–01–583–5 BO (E.D.N.C. Aug. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*